FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 19 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Magistrate Judge Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF VARIOUS PREMISES | NO. MJ19-311<br><br>MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS |

COMES NOW the United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Mike Lang, Assistant United States Attorney for said District, files this Motion to Unseal Search Warrant Documents in the above-entitled case.

The United States respectfully requests that the Court enter the Proposed Order filed with this Motion.

This Motion is made on the following grounds:

1. The primary target of this investigation has retained counsel. The government wishes to share the contents of the search warrant affidavit with counsel so as to provide a complete picture of the facts, and to encourage a pre-indictment resolution of this matter.

//
//

Motion to Unseal - 1
MJ19-311

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 19th day of July, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Mike Lang*
MIKE LANG
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-2502
E-mail: mike.lang@usdoj.gov

Motion to Unseal - 2
MJ19-311

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I filed the foregoing document with the Clerk of the Court in person, email to beckwithlawgroup@gmail.com, and mailed the following to:

Cristine Beckwith
Beckwith Law
1115 Tacoma Avenue S.
Tacoma, WA 98402
Phone: (253) 507-7304

*s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4345
Fax:   (206) 553-4440
E-mail: Salee.Porter@usdoj.gov

Motion to Unseal - 3
MJ19-311

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970